### STEWART VENEER CO. v. RAMEY.
(Decided February 11th, 1915.)

APPEAL from Hale Law and Equity Court.

Heard before Hon. CHARLES E. WALLER.

JOSEPH H. JAMES, for appellant.  THOMAS E. KNIGHT, for appellee.

Per curiam.  Dismissed for want of prosecution.